IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNELL GILMORE,

    Plaintiff,

v.                                            CASE NO. 1:05-cv-00116-MP-EMT

ALACHUA COUNTY DETENTION CENTER,
STEVE OELRICH,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 22, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Complaint filed by Donnell Gilmore, should be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Objections to Report and Recommendation were due by January 5, 2006, but none were filed. The Court agrees that plaintiff failed to respond to two orders of the Court, one directing him to amend his complaint and the second requiring him to show cause for his failure to follow the first order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed with prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *8th*  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge